IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MARI MILLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNOWFLAKE, INC.; AT&T INC.; and AT&T MOBILITY, LLC,<br><br>Defendants. | CV-24-94-BU-BMM<br><br>ORDER |

Plaintiff has moved for an order allowing attorneys Jason Lichtman and Amy Keller to appear *pro hac vice*, with Jesse Kodadek and Elliott McGill as local counsel. (Doc. 10) The applications of Lichtman and Keller comply with Local Rule 83.1(d).

**IT IS ORDERED**:

Plaintiff's motion to allow Lichtman and Keller to appear *pro hac vice*

(Doc.10) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Licthman and Ms. Keller must do their own work, including their own writings, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed;

6. Admission is personal to Mr. Lichtman and Ms. Keller, not the law firms they work for; and

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Lichtman and Ms. Keller must file, within fifteen days from the date of this Order, and acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 25th day of September, 2024.

_____
Brian Morris, Chief District Judge
United States District Court